UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-8123-MWF(AFMx)**                          Dated: **December 22, 2016**

Title:   Standard Fabrics International, Inc. -v- Cavenders Western Outfitters, Ltd., et al.

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

Cheryl Wynn                                              None Present
Relief Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                             None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

   In light of the Notice of Settlement filed November 18, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 9, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                          Initials of Deputy Clerk   cw
CIVIL - GEN

-1-